**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Helen Marie BATEY, also known as Seall, also known as Helen Marie Cherry, Defendant–Appellant.**

No. 04–60945.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

John Arthur Meynardie, Gaines H. Cleveland, Assistant U.S. Attorneys, Gulfport, MS, for Plaintiff–Appellee.

Helen Marie Batey, Tallahassee, FL, pro se.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Helen Marie Batey, federal prisoner # 05451–043, appeals the district court's denial of her motion seeking a modification in her sentence by compelling the Government to file a motion under FED.R.CRIM.P. 35(b). The district court may modify the imposed term of imprisonment under limited circumstances. 18 U.S.C. § 3582(c). Because Batey's motion did not fall under any of the provisions of 18 U.S.C. § 3582(c), it was unauthorized and without jurisdictional basis. *United States v. Early*, 27 F.3d 140, 141–42 (5th Cir.1994). Ac-

cordingly, on that alternative basis, the district court's order is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.